EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------x

JENNIFER YANNI,

                Plaintiff,

        - against -

STARBUCKS CORPORATION, Individually and
d/b/a STARBUCKS COFFEE COMPANY,

                Defendants.
-------------------------------------------------------------------x

Index No.: 102631/07

**REQUEST FOR**
**SUPPLEMENTAL DEMAND**
**FOR RELIEF**

PLEASE TAKE NOTICE that, pursuant to CPLR § 3017(c), defendant STARBUCKS

CORPORATION d/b/a STARBUCKS COFFEE COMPANY, by and through its attorneys,

*Wilson Elser Moskowitz Edelman & Dicker LLP,* hereby requests that, within fifteen (15) days

hereof, the plaintiff, JENNIFER YANNI, serve a supplemental demand for relief setting forth the

total damages to which she deems herself entitled.

Dated: New York, New York
      May 8, 2007

Yours, etc.,

WILSON ELSER MOSKOWITZ
   EDELMAN & DICKER LLP

By: _____
     George N. Tompkins, III
    150 East 42nd Street
    New York, New York 10017
    (212) 490-3000, Ext. 2562
    Attorneys for Defendant
    STARBUCKS CORPORATION d/b/a
    STARBUCKS COFFEE COMPANY

NEW YORK
COUNTY CLERK'S OFFICE

MAY - 9 2007

NOT COMPARED
WITH ORIGINAL
COPY FILE

2801612.1

To: Steven R. Harris, Esq.
STEVEN R. HARRIS & ASSOCIATES
110 East 59th Street
New York, New York 10022
(212) 593-7600
Attorneys for Plaintiff
JENNIFER YANNI

2

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Robin Doyle, being duly sworn, deposes and says, deponent is not a party to this action, is over eighteen (18) years of age and resides in Floral Park, New York. That on the 8th day of May 2007, deponent served the within Request for Supplemental Demand for Relief upon:

> Steven R. Harris, Esq.
> STEVEN R. HARRIS & ASSOCIATES
> 110 East 59th Street
> New York, New York 10022

by depositing a true copy of said enclosed in a postage paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
Robin Doyle

Sworn to before me this
8th day of May, 2007

_____
Notary Public

Aviva Sofer
Notary Public State Of New York
No. 02SO6148196
Qualified in New York County
Commission Expires June 26, 2010

Index No.  102631/07

George N. Tompkins, III
09194.00059

## SUPREME COURT OF THE STATE OF NEW YORK / COUNTY OF NEW YORK

JENNIFER YANNI

Plaintiff(s),

-against-

STARBUCKS CORPORATION, Individually and d/b/a STARBUCKS COFFEE COMPANY

Defendant(s).

## REQUEST FOR SUPPLEMENTAL DEMAND FOR RELIEF

*Attorneys For*  Defendant

150 East 42nd Street
New York, NY  10017-5639
212.490.3000

Dated,   New York, New York
May 8, 2007

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for  Defendant

Office and Post Office Address
File No.  09194.00059

To All Counsel

**EXHIBIT D**

LAW OFFICES

# STEVEN R. HARRIS & ASSOCIATES

110 EAST 59TH STREET • NEW YORK, NEW YORK 10022

TELEPHONE  (212) 593-7600
FACSIMILE  (212) 593-8038
E-MAIL STEVE@SRHARRIS.NET

May 24, 2007

**Wilson, Elser, Moskowitz,**
**Edelman & Dicker LLP**
150 East 42nd Street
New York, NY 10017-5639

RE:   **JENNIFER YANNI v. STARBUCKS CORPORATION**, Individually and d/b/a
      **STARBUCKS COFFEE COMPANY**

Counsel:

Enclosed herein please find the following regarding the above captioned matter:

- Verified Bill of Particulars;

- Response to Defendants' Combined Discovery Demands;

- Notice for Discovery and Inspection;

- Request for Judicial Intervention;

- Affirmation of Good Faith for Preliminary Conference;

- Request for Preliminary Conference;

- Authorization permitting the release of the plaintiff's hospital records from St. Luke's Roosevelt Hospital, 425 West 59th Street, New York, New York 10019.;

- Authorization permitting the release of the plaintiff's medical records from Dr. John Farella, 666 Lexington Avenue, Suite 104, Mt. Kisco, New York 10549; and

- Authorization permitting the release of the plaintiff's insurance records  .from the date of the occurrence to the present from Aetna, P.O. Box 981107, El Paso, TX 79998, ID No. W1184 45180.

Should you require anything further regarding this matter, please do not hesitate to contact the undersigned directly.

Very truly yours,

STEVEN R. HARRIS, ESQ.

SRH:af
Enclosures

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------X

JENNIFER YANNI,

               Plaintiff,

       -against-

STARBUCKS CORPORATION, Individually and
d/b/a STARBUCKS COFFEE COMPANY.

              Defendants.

----------------------------------------------------------------X

**PLAINTIFF'S RESPONSE
TO DEFENDANTS'
COMBINED DISCOVERY
DEMANDS**

Index No.: 102631/07

CERTIFICATION PURSUANT TO SECTION 130-1.1a
OF THE RULES OF THE CHIEF ADMINISTRATOR (22NYCRR)

The undersigned certifies the following document pursuant to 22NYCRR Section 130-1 1a:

Plaintiff's Response to Defendants' Combined Discovery Demands

Dated:      New York, New York
           May 17, 2007

                         Yours, etc.,

                         Steven R. Harris, Esq.
                         **STEVEN R. HARRIS & ASSOCIATES**
                         Attorneys for Plaintiff
                         **JENNIFER YANNI**
                         110 East 59th Street, 32nd Floor
                         New York, New York 10022
                         (212) 593-7600

TO:   **WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP**
       Attorneys for Defendants
       **STARBUCKS CORPORATION, Individually
       and d/b/a STARBUCKS COFFEE COMPANY**
       150 East 42nd Street
       New York, New York 10017-5639
       (212) 490-3000

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
JENNIFER YANNI,

                      Plaintiff,

-against-

STARBUCKS CORPORATION, Individually and
d/b/a STARBUCKS COFFEE COMPANY,

                    Defendants,

-------------------------------------------------------------------X

**PLAINTIFF'S RESPONSE
TO DEFENDANTS'
COMBINED DISCOVERY
DEMANDS**

Index No. 102631/07

       Plaintiff, JENNIFER YANNI, by her attorneys, STEVEN R. HARRIS &

ASSOCIATES, as and for responses to the Combined Demands of defendants, STARBUCKS

CORPORATION, Individually and d/b/a STARBUCKS COFFEE COMPANY herein,

alleges, upon information and belief, as follows:

<u>NOTICE FOR DISCOVERY & INSPECTION</u>

       1. Annexed hereto as Exhibit "**A**" are copies of plaintiff's hospital records from St.

Luke's Roosevelt Hospital, 425 West 59th Street, New York, New York 10019.

       2. Annexed hereto as Exhibit "**B**" are copies of plaintiff's medical records from Dr.

John Farella, 666 Lexington Avenue, Suite 104, Mt. Kisco, New York 10549.

       3. Plaintiff is not in possession of any photographs depicting the scene of the within

occurrence.

       4. Plaintiff is not in possession of any statements.

5. Annexed hereto as Exhibit "C" are copies of ten (10) photographs depicting the injury sustained by the plaintiff.

6. Annexed hereto as Exhibit "D" is a copy of an Incident Report Form.

7. Plaintiff is not in possession of any expert reports.

8. Plaintiff is not in possession of any witness statements.

9. Plaintiff is not in possession of any police, fire or municipal agency reports

10. Plaintiff is not in possession of any reports of inspections of the scene of the occurrence.

11. Enclosed herein please find a duly executed authorization releasing plaintiff's medical insurance records from the date of the occurrence to the present from Aetna, P.O. Box 981107, El Paso, TX 79998, ID No. W1184 45180.

12. Annexed hereto collectively as Exhibit "E" are copies of letters of representation forwarded to the defendant.

13. Not applicable as plaintiff is not making a claim for lost earnings.

14. Not applicable.

15. Plaintiff is not in possession of "the container."

2

## DEMAND FOR NAMES & ADDRESSES OF WITNESSES

Plaintiff is currently unaware of any witnesses to the within occurrence.

## DEMAND FOR INFORMATION AND AUTHORIZATIONS

a. Annexed hereto as Exhibit "A" are copies of plaintiff's hospital records from St. Luke's Roosevelt Hospital, 425 West 59th Street, New York, New York 10019.

Annexed hereto as Exhibit "B" are copies of plaintiff's medical records from Dr. John Farella, 666 Lexington Avenue, Suite 104, Mt. Kisco, New York 10549.

b. Enclosed herein please find a duly executed authorization releasing the plaintiff's hospital records, including x-rays and technicians' reports from St. Luke's Roosevelt Hospital, 425 West 59th Street, New York, New York 10019.

c. Enclosed herein please find a duly executed authorization releasing the plaintiff's medical records, including x-rays and raw data from Dr. John Farella, 666 Lexington Avenue, Suite 104, Mt. Kisco, New York 10549.

d. Not applicable as plaintiff is not making a claim for lost earnings.

e. Enclosed herein please find a duly executed authorization releasing plaintiff's medical insurance records from the date of the occurrence to the present from Aetna, P.O. Box 981107, ID No. W1184 45180.

## DEMAND FOR EXPERT WITNESS INFORMATION

1. At the time of trial plaintiff expects to call the following expert witness: -

John Farella, M.D.
666 Lexington Avenue, Suite 104
Mt. Kisco, New York 10549.

TEVEN R. HARRIS & ASSOCIATES
110 EAST 59th STREET
NEW YORK, NEW YORK 10022
(212) 593-7600

2. Dr. Farella is a plastic surgeon.

3. Plaintiff's expert is expected to testify regarding the injuries sustained by the plaintiff in this occurrence, and the care and treatment rendered with respect to said injuries.

4. Plaintiff's expert is expected to testify as to the extent and nature of the injuries sustained by plaintiff in this occurrence and any complications and/or side effects associated therewith; the severity and permanency of said injuries, complications and/or side effects; the nature of the therapy utilized to treat said injuries, complications and/or side effects; the fees for the treatment of the injuries, and the complications and/or side effects associated with this occurrence.

5. Plaintiff's expert is expected to testify as to the extent and nature of the injuries sustained by plaintiff in this occurrence and any complications and/or side effects associated therewith; the severity and permanency of said injuries, complications and/or side effects; the nature of the therapy utilized to treat said injuries, complications and/or side effects; the fees for the treatment of the injuries, and the complications and/or side effects associated with this occurrence

6. The grounds for the testimony of the plaintiff's expert are his personal examinations, observations, and treatment of the plaintiff for the injuries, complications and/or side effects associated with this occurrence.

7. The above expert is qualified to testify as plaintiff's treating physician, and as a physician duly licensed in the State of New York.

TEVEN R. HARRIS & ASSOCIATES
110 EAST 59TH STREET
NEW YORK, NEW YORK 10022
(212) 593-7600

4

## REQUEST FOR SUPPLEMENTAL DEMAND FOR RELIEF

The plaintiff, JENNIFER YANNI, respectfully requests that this Court enter a monetary judgment against the defendants, in the amount of $5,000,000.00 together with interest thereon from the 13th day of November, 2006 along with all court costs, disbursements and attorneys fees associated with this action.

PLEASE TAKE NOTICE, that these responses are furnished as of the date hereof  Plaintiff reserves the right to amend and/or supplement these responses when and if new information becomes available.

Dated:          New York, New York
                May 17, 2007

                                    Yours, etc

                                    Steven R. Harris, Esq.
                                    STEVEN R. HARRIS & ASSOCIATES
                                    Attorneys for Plaintiff
                                    JENNIFER YANNI
                                    110 East 59th Street, 32nd Floor
                                    New York, New York 10022
                                    (212) 593-7600

TO:    WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
       Attorneys for Defendants
       STARBUCKS CORPORATION, Individually
       and d/b/a STARBUCKS COFFEE COMPANY
       150 East 42nd Street
       New York, New York 10017-5639
       (212) 490-3000

EVEN R. HARRIS & ASSOCIATES
110 EAST 59TH STREET
NEW YORK, NEW YORK 10022
(212) 593-7600

5

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )

COUNTY OF NEW YORK ) ss.:

I, ALINA FISHEL, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside in Kings County, Brooklyn, New York. On May 17, 2007, I served the within **Plaintiff's Response to Defendants' Combined Discovery Demands** by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:     **WILSON, ELSER, MOSKOWITZ,**
          **EDELMAN & DICKER LLP**
          Attorneys for Defendants
          **STARBUCKS CORPORATION, Individually**
          **and d/b/a STARBUCKS COFFEE COMPANY**
          150 East 42nd Street
          New York, New York 10017-5639
          (212) 490-3000

_____
ALINA FISHEL

Sworn to before me this 17th
day of May, 2007

Notary Public

STEVEN R. HARRIS & ASSOCIATES
110 EAST 59TH STREET
NEW YORK, NEW YORK 10022.
(212) 593-7800

**EXHIBIT E**

110 EAST 59TH STREET
NEW YORK, NEW YORK 10022
(212) 593-7600

UCS-840 (REV 1/2000)

REQUEST FOR JUDICIAL INTERVENTION

For Clerk Only

SUPREME COURT, NEW YORK COUNTY          INDEX NO: 102631/2007
                                         DATE PURCHASED 2/26/07

IAS Entry Date

JENNIFER YANNI,

                           Plaintiff,

                -against-

                                                      Judge Assigned

STARBUCKS CORPORATION, Individually and
d/b/a STARBUCKS COFFEE COMPANY,
                                                      RJI Date

                           Defendants.

Date issue joined: 5/10/07   Bill of Particulars served: [x] Yes  [] No

NATURE OF JUDICIAL INTERVENTION (check ONE box only AND enter information)

[x] Request for preliminary conference
[] Note of issue and/or certificate of readiness
[] Notice of motion (return date _____)
   Relief sought _____
[] Order to show cause
   (Clerk will enter return date _____)
   Relief sought _____
[] Other ex parte application (specify _____)

[] Notice of petition (return date _____)
   Relief sought _____
[] Notice of medical malpractice action (specify _____)
[] Statement of net worth
[] Writ of habeas corpus
[] Other (specify) _____

NATURE OF ACTION OR PROCEEDING (Check ONE box only)

MATRIMONIAL
[] Contested                                                    - CM
[] Uncontested                                                  - UM

COMMERCIAL
[] Contract                                                     - CONT
[] Corporate                                                    - CORP
[] Insurance (where insurer is a party, except arbitration)    - INS
[] UCC (including sales, negotiable instruments)               - UCC
[] *Other Commercial                                           - OC

REAL PROPERTY
[] Tax Certiorari                                               - TAX
[] Foreclosure                                                 - FOR
[] Condemnation                                                - COND
[] Landlord/Tenant                                             - LT
[] *Other Real Property                                        - ORP
   (Specify _____)

OTHER MATTERS
[] * _____                                          - OTH

TORTS
Malpractice

[] Medical/Podiatric                                           - MM
[] Dental                                                      - DM
[] *Other Professional _____                       - OPM
[] Motor Vehicle                                              - MV
[] *Products Liability                                        - PL

[] Environmental                                               - EN
[] Asbestos - ASB
[] Breast Implant - BI
[x] *Other Negligence _____ premise liability                - OTN
[] Other tort, (including intentional)                        - OT

SPECIAL PROCEEDINGS
[] Art. 75 (Arbitration)                                       - ART 75
[] Art. 77 (Trusts)                                            - ART 77
[] Art. 78                                                     - ART 78
[] Election Law                                                - ELEC
[] Guardian (MHL Art. 81)                                      - GUARD 81
[] *Other Mental Hygiene                                       - MHYG
[] *Other special proceeding                                  - OSP

**Check "YES" or "NO" for each of the following questions:**

Is this action/proceeding against a

| YES | NO | | |
|---|---|---|---|
| [ ] | [x] | Municipality: (Specify_____) | [ ] Yes [x] NO   Public Authority: (Specify_____) |

| YES | NO | |
|---|---|---|
| [ ] | [x] | Does this action/proceeding seek equitable relief? |
| [x] | [ ] | Does this action/proceeding seek recovery for personal injury? |
| [ ] | [x] | Does this action/proceeding seek recovery for property damage? |

**Pre-Note Time Frames:**
(This applies to all cases except contested matrimonial and tax certiorari cases)

Estimated time period to be ready for trial (from filing of RJI to filing of Note of Issue):
[x] Expedited: 0 - 8 months        [ ] Standard: 9 - 12 months        [ ] Complex: 13 - 15 months

Contested Matrimonial Cases Only: (Check and give date)
Has summons been served?        [ ] No        [ ] Yes, Date:_____
Was a Notice of No Necessity filed?        [ ] No        [ ] Yes, Date:_____

**ATTORNEY(S) FOR PLAINTIFF(S):** JENNIFER YANNI

| Self Rep. | Name | Address | Phone |
|---|---|---|---|
| [ ] | STEVEN R. HARRIS & ASSOCIATES | 110 East 59th Street, Suite 3200 New York, New York 10022 | (212) 593-7600 |
| [ ] | | | |

**ATTORNEY(S) FOR DEFENDANT(S):** STARBUCKS CORPORATION, Individually and d/b/a STARBUCKS COFFEE COMPANY

| Self Rep. | Attorneys For | Address | Phone |
|---|---|---|---|
| [ ] | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | 150 East 42nd Street New York, New York 10017-5639 | (212) 490-3000 |
| [ ] | | | |

* Self represented: Parties representing themselves, without an attorney, should check the "Self Rep." Box and enter their name, address and phone # in the space provided above for attorneys.

**INSURANCE CARRIERS:**

For Defendant

For Defendant

**RELATED CASES** (if none, write "NONE" below)

| Title | Index # | Court | Nature of Relationship |
|---|---|---|---|
| none | | | |

I AFFIRM UNDER PENALTY OR PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, THERE ARE AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PREVIOUSLY BEEN FILED IN THIS ACTION OR PROCEEDING.

Dated:  New York, New York
        May 17, 2007

_____
(SIGNATURE)

Steven R. Harris, Esq.
(PRINT OR TYPE NAME)

STEVEN R. HARRIS & ASSOCIATES
ATTORNEY(S) FOR PLAINTIFF(S)

**ATTACH RIDER SHEETS IF NECESSARY TO PROVIDE REQUIRED INFORMATION.**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )

COUNTY OF NEW YORK ) ss.:

      I, ALINA FISHEL, being duly sworn, say: I am not a party to the action, am over

18 years of age and reside in Kings County, Brooklyn, New York. On May 17, 2007, I served the

within **Request for Judicial Intervention** by depositing a true copy thereof in a post-paid

wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service

within New York State, addressed to each of the following persons at the last known address set

forth after each name:

TO:    WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
       Attorneys for Defendants
       **STARBUCKS CORPORATION**, Individually
       and d/b/a **STARBUCKS COFFEE COMPANY**
       150 East 42nd Street
       New York, New York 10017-5639
       (212) 490-3000

                                        ALINA FISHEL

Sworn to before me this 17th
day of May, 2007

_____
Notary Public

STEVEN R. HARRIS & ASSOCIATES
110 EAST 59TH STREET
NEW YORK, NEW YORK 10022
(212) 593-0600

**EXHIBIT F**

# SUPREME COURT OF THE STATE OF NEW YORK,  COUNTY OF NEW YORK

**INDIVIDUAL ASSIGNMENT PART  [OR JUSTICE]**

Jennifer Yanni

_Plaintiff(s),_

- against -

Starbucks Corp, individually and
d/b/a Starbucks Coffee Company _Defendant(s),_

Index No. ___102631/07___

DCM Track _____

**PRELIMINARY CONFERENCE
ORDER**

(202.8, 202.12 and 202.19
of the Uniform Rules)

**APPEARANCES**
Plaintiff(s): _Steven K. Hirsch & Associates, for J. Yanni, by Winifred Quch_

Defendant(s): _William Thomas Hoffman & others, Callan Joh & Starbucks_
_Mitch Kalter Esq._

It is hereby ORDERED that disclosure shall proceed as follows:

(1) **Insurance Coverage:** If not already provided, shall be furnished by _△_ on or before _7/18/07_
    _w/s if no excess insurance_

(2) **Bill of Particulars:**
    (a) Demand for a bill of particulars shall be served by _____ on or before _____
    (b) Bill of particulars shall be served by _Already Served by T on or before 8/8/07_ on or before _____
    (c) A supplemental bill of particulars shall be served by _____ as to Items
        on or before _____

(3) **Medical Reports and Authorizations:**
    Shall be served as follows: _Already Served by T on or 8/8/07_

(4) **Physical Examination:**
    (a) Examination of _the Plaintiff_
        _radiate her for days after T's E.B.T. A's doer must by (S) for_
        _exam no later than 30 days after T's EBT_ shall be held
    (b) A copy of the physician's report shall be furnished to plaintiff within _30_ days of the examination.

(5) **Depositions:** Depositions of ☐ Plaintiff(s)  ☐ Defendant(s)  ☑ All Parties  shall be held
    _on 8/8/07 to the day of production to be determined_

(6) **Other Disclosure:**
    (a) All parties, on or before _7/18/07_ shall exchange names and addresses of all eye
        witnesses and notice witnesses, statements of opposing parties, and photographs, or, if none, provide an affirmation
        to that effect.
    (b) Authorization for plaintiff(s) employment records for the period _n/a no lost earnings claim_
        shall be furnished on or before _____
    (c) Demand for discovery and inspection shall be served by _A. D's Disc... already served by T on 8/8/07_
        on or before _____ The items sought shall be produced to the extent not
        objected to, and objections, if any, shall be stated on or before _____
    (d) Other: [interrogatories; etc.] _____

ES-134 (REV 4/18/02)

X. ADDITIONAL DIRECTIVES:

① Δ shall serve π w/training materials for _____ during the 1 year period preceding _____ 11/13/2006 including videos, handbooks and any written instructions, by 7/19/2007. If not an affidavit to that effect by 7/19/07

② Δ shall serve π w/a copy of the accident reports in connection w/the incident of 11/13/2006 that gave rise to this action, by 7/19/2007. If not an affidavit to that effect by 7/19/07

③ Δ shall serve π w/a copy(ies) of all surveillance tapes or digital recordings of the 11/13/2006 incident by 7/19/07. If none, an affidavit to that effect, by 7/19/2007

④ Δ to serve π w/o BP as to affirmative defenses, by _____

⑤ π to serve ___ Δ's expense, color laser photos of the black and white ___ provided in its response to B+I of 5/11/2007, by 7/19/2007.

⑥ π to ____ supplemental BP as to items # 3 regarding ____ by 7/19/07

⑦ π If ____ supplemental BP as to items they exist, w/a ____ ____ by 7/19/07. ____

⑧ π to serve Δ w/a BP as an affirmative defenses in 15 days; Δ to respond w/in 30 days if accepted w/ ____ the response of 4 above.

⑨ All ____ ____ expert to ____ in advance ____ by 7/19/07, if any.

MCD

KYLIN G. DIAMOND

X. ADDITIONAL DIRECTIVES

Case Name: _Kim v. Starbucks_   Index No: 102631/07   PC ORDER - Page 2

(7) **End Date for All Disclosure:** 9/28/07

(8) **Impleader:** Shall be completed on or before _per CPLR_

(9) **Compliance Conference:** Shall be held on 8/21/07   10 AM

(10) **Motions:** Any dispositive motion(s) shall be made on or before _no later than 60 days after NOI filed_

(11) **Note of Issue:** 9/28/07 _____ shall file a note of issue/certificate of readiness on or before _____ A copy of this order, an affirmation stating that the terms of the order have been complied with, and an affidavit of service of the affirmation and note of issue shall be served and filed with the note of issue on or before said date.

**FAILURE TO COMPLY WITH ANY OF THESE DIRECTIVES MAY RESULT IN THE IMPOSITION OF COSTS OR SANCTIONS OR OTHER ACTION AUTHORIZED BY LAW.**

SO ORDERED

Dated: JUN 10 2007

MARYLIN G. DIAMOND

## ADDITIONAL DIRECTIVES

In addition to the directives set forth above, it is further ORDERED as follows:

Dated:

SO ORDERED:

J.S.C.