UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x  GT-9127
JENNIFER YANNI,                                                         :
                                                                           07 Civ. 5911 (RMB) (JCF)
                    Plaintiff,                                          :

         - against -                                                    :  **CERTIFICATE**
                                                                           **OF SERVICE**
STARBUCKS CORPORATION, Individually and                                 :
d/b/a STARBUCKS COFFEE COMPANY,
                                                                        :
                    Defendant(s).
------------------------------------------------------------------------x

    I hereby certify that a true and correct copy of the Notice of Removal was served by First Class Mail this 21st day of June 2007 upon:

Steven R. Harris, Esq.
STEVEN R. HARRIS & ASSOCIATES
110 East 59th Street
New York, New York 10022
Attorneys for Plaintiff
JENNIFER YANNI

Dated: New York, New York
       June 25, 2007

                                          Respectfully yours,

                                          WILSON ELSER MOSKOWITZ
                                              EDELMAN & DICKER LLP

                                        By:_____
                                           George N. Tompkins, III (GT-9127)
                                        150 East 42nd Street
                                        New York, New York 10017
                                        (212) 490-3000, Ext. 2562
                                        Attorneys for Defendant
                                        STARBUCKS CORPORATION d/b/a
                                        STARBUCKS COFFEE COMPANY

2863542.1