UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Jennifer Yanni
                Plaintiff(s),

        -v-

Starbucks Corporation, Individually
d/b/a Starbucks Coffee Company
                Defendant(s).
-----------------------------------------------------------X

**Case Management Plan**

07 CV. 5911 (RMB)

      The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by _N/A_

(ii) Amend the pleadings by _N/A_

(iii) All discovery to be **expeditiously** completed by _November 30, 2007_

(iv) Consent to Proceed before Magistrate Judge _____

(v) Status of settlement discussions _Recently Started_ Dec. 4, 2007 @ 9:15 with Pmapula

**Sections vi through xi will be set at conference with the Court.**

(vi) Motions _____

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) Trial _____

(xi) Other _____

SO ORDERED: New York, New York
                  7/27/07

_RMB_
Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/07