UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JENNIFER YANNI,                                 :
                                                :
                    Plaintiff,                  :   07 Civ. 5911 (RMB)
                                                :
          -against-                             :   **ORDER OF DISCONTINUANCE**
                                                :
STARBUCKS CORPORATION,                          :
                                                :
                    Defendant.                  :
------------------------------------------------------------X

Based on Plaintiff's letter, dated December 3, 2007, indicating that the parties have reached a settlement agreement, it is hereby

**ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

**SO ORDERED**.

Dated: New York, New York
       December 4, 2007

_____
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/04/2007