UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x  GT-9127
JENNIFER YANNI,                                                  :
                                                                 :  07 Civ. 5911 (RMB)(JCF)
                    Plaintiff,                                   :
                                                                 :  **STIPULATION AND**
         - against -                                             :  **ORDER OF DISMISSAL**
                                                                    **WITH PREJUDICE**
STARBUCKS CORPORATION, Individually and                          :
d/b/a STARBUCKS COFFEE COMPANY,
                                                                 :
                    Defendant(s).                                :
------------------------------------------------------------------x

    Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties, by their respective attorneys, hereby stipulate to dismiss this action with prejudice and without costs to any party.

Dated: New York, New York
        December 4, 2007

        Respectfully yours,

        WILSON ELSER MOSKOWITZ
        EDELMAN & DICKER LLP

        By: _____
            George N. Tompkins, III (GT-9127)
        150 East 42nd Street
        New York, New York 10017
        (212) 490-3000, Ext. 2562
        Attorneys for Defendant
        STARBUCKS CORPORATION d/b/a
        STARBUCKS COFFEE COMPANY

3060842.1

Dated: New York, New York
       December 5, 2007

                           STEVEN R. HARRIS & ASSOCIATES

                           By: _____
                               Joseph M. Kelly, Jr (JK- 6516)
                           110 East 59th Street
                           New York, New York 10022
                           (212) 593-7600
                           Attorneys for Plaintiff
                           JENNIFER YANNI

Dated: December 5, 2007        SO ORDERED:

                           _____, U.S.D.J.