UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x   GT-9127

JENNIFER YANNI,

07 Civ. 5911 (RMB)(JCF)

           Plaintiff,

**STIPULATION AND
ORDER OF DISMISSAL
WITH PREJUDICE**

        against -

STARBUCKS CORPORATION, Individually and
d/b/a STARBUCKS COFFEE COMPANY,

           Defendant(s).
---------------------------------------------------------------x

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties, by their respective attorneys, hereby stipulate to dismiss this action with prejudice and without costs to any party.

Dated: New York, New York
       December 4, 2007

Respectfully yours,

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By: _____
    George N. Tompkins, III (GT-9127)
150 East 42nd Street
New York, New York 10017
(212) 490-3000, Ext. 2562
Attorneys for Defendant
STARBUCKS CORPORATION d/b/a
STARBUCKS COFFEE COMPANY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2007

3060842.1

Dated: New York, New York
    December 5, 2007

STEVEN R. HARRIS & ASSOCIATES

By: _____
Joseph M. Kelly, Jr. (JK-6516)
110 East 59th Street
New York, New York 10022
(212) 593-7600
Attorneys for Plaintiff
JENNIFER YANNI

Dated: December 5, 2007

SO ORDERED:

_____, U.S.D.J.
RMB
12/20/07

Richard M. Berman

3060842.1

2